Monte J. White & Associates
Monte J. White, State Bar No. 00785232
1106 Brook Avenue, Hamilton Place
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 09-70160-HDH-13 |
| John Christopher Brady | § |
| and | § |
| Teresa Lynn Brady, | § |
| | § |
| Debtors | § |

### NOTICE OF JOINT DEBTOR'S ADDRESS CHANGE

COMES NOW Teresa Lynn Brady, Joint Debtor, and files this Notice of Address Change. Attorney for Debtors hereby notifies that proper address for service on Joint Debtor ONLY is:

368 Meadow Trace Drive
Auburn, GA 30011

Dated: February 12, 2013

Respectfully Submitted,

/s/ Monte J. White
Attorney for Debtors